# VERIFICATION

State of Idaho       )
ss                   )
County of Ada        )

I, Jeremiah Schmidt, have reviewed the above complaint and find it to be accurate to the best of my knowledge:

DATED 6-10-14                         _Jeremiah Schmidt_
                                      Jeremiah Schmidt, Plaintiff

State of Idaho       )
ss                   )
County of Ada        )

I, Jess Tronson, have reviewed the above complaint and find it to be accurate to the best of my knowledge:

DATED 6-12-14                         _[signature]_
                                      Jess Tronson, Plaintiff

State of Idaho       )
ss                   )
County of Ada        )

I, Ignacio Tellez, have reviewed the above complaint and find it to be accurate to the best of my knowledge:

DATED 6-11-14                         _Ignacio Tellez_
                                      Ignacio Tellez, Plaintiff

Schmidt signed and sworn to before me this 6th day of June, 2014

PRISONERS VERIFIED CIVIL RIGHTS COMPLAINT, JURY TRIAL, ADR REQUESTED                    20

Tronson signed and sworn to before me this 12th day of June, 2014.

Tellez signed and sworn to before me this 11th day of June, 2014.



*Denise Sheldon*
Notary Public Idaho
My Commission Expires 2/9/16