AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| JEREMIAH SCHMIDT<br>JESS TRONSON<br>IGNACIO TELLEZ<br><br>*Plaintiff(s)*<br>v.<br>IDAHO DEPARTMENT OF CORRECTIONS<br>WARDEN RANDY BLADES<br>CORRECTIONAL OFFICER ROBERTO ESCOBEDO<br>CORRECTIONAL OFFICER TRAMEL<br><br>*Defendant(s)* | Civil Action No. 1:14-cv-00242 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IDAHO DEPARTMENT OF CORRECTIONS
1299 N. Orchard Suite No. 110
Boise Idaho 83724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan T. Earl
Earl and Earl PLLC
17-12th Ave Soutrh Suite 203
Nampa Idaho 83651
(208)-318-8449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

JEREMIAH SCHMIDT
JESS TRONSON
IGNACIO TELLEZ

*Plaintiff(s)*

v.　　Civil Action No. 1:14-CV-00242

IDAHO DEPARTMENT OF CORRECTIONS
WARDEN RANDY BLADES
CORRECTIONAL OFFICER ROBERTO ESCOBEDO
CORRECTIONAL OFFICER TRAMEL

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　Correctional Officer Roberto G. Escobedo
Id. Dept of Corrections
1294 N. Orchard, Suite #110
Boise, Idaho 83706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Ryan T. Earl
Earl and Earl PLLC
17-12th Ave Soutrh Suite 203
Nampa Idaho 83651
(208)-318-8449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____　　_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

JEREMIAH SCHMIDT
JESS TRONSON
IGNACIO TELLEZ

*Plaintiff(s)*

v.

IDAHO DEPARTMENT OF CORRECTIONS
WARDEN RANDY BLADES
CORRECTIONAL OFFICER ROBERTO ESCOBEDO
CORRECTIONAL OFFICER TRAMEL

*Defendant(s)*

Civil Action No. 1:14-cv-00242

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Correctional Officer Tramel ISCI
Attn: Idaho Department of Corrections
1299 N. Orchard Suite No. 110
Boise Idaho 83724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan T. Earl
Earl and Earl PLLC
17-12th Ave Soutrh Suite 203
Nampa Idaho 83651
(208)-318-8449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

JEREMIAH SCHMIDT
JESS TRONSON
IGNACIO TELLEZ

*Plaintiff(s)*

v.

IDAHO DEPARTMENT OF CORRECTIONS
WARDEN RANDY BLADES
CORRECTIONAL OFFICER ROBERTO ESCOBEDO
CORRECTIONAL OFFICER TRAMEL

*Defendant(s)*

Civil Action No. 1:14-cv-00242

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Warden Randy Blades
Attn: Idaho Department of Corrections
1299 N. Orchard Suite No. 110
Boise Idaho 83706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan T. Earl
Earl and Earl PLLC
17-12th Ave Soutrh Suite 203
Nampa Idaho 83651
(208)-318-8449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____              _____
                                    *Signature of Clerk or Deputy Clerk*